10-2189-cv
Thomas Banus, et al. v. Citigroup Global Markets, Inc.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20ᵗʰ day of May, two thousand eleven.

PRESENT:

> JOSÉ A. CABRANES,
> CHESTER J. STRAUB,
> REENA RAGGI,
> > *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THOMAS A. BANUS, ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED, ET AL.

> > *Plaintiffs-Appellants*,

> v.                                                                No. 10-2189-cv

CITIGROUP GLOBAL MARKETS, INC.,
FORMERLY KNOWN AS SALOMON SMITH BARNEY HOLDINGS
INC., ET AL.

> > *Defendants-Appellees.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR PLAINTIFFS-APPELLANTS:**        MARK R. THIERMAN (Leon Greenberg, *on the brief*), Las Vegas, NV.

**FOR DEFENDANTS-APPELLEES:**        SAMUEL S. SHAULSON, Morgan, Lewis & Bockius LLP, New York, NY.

---

* The Clerk of Court is requested to amend the official caption to read as shown above.

1

Appeal from a judgment of the United States District Court for the Southern District of New York (Lewis A. Kaplan, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiffs Thomas Banus, Brent Bishop, Navid Alipour, Anibal Drelichman, Guido Alvarez, and Robert Guisti (collectively, "plaintiffs") are former financial consultants for defendant Citigroup Global Markets, Inc. ("defendant"). This action arises from a dispute regarding promissory notes signed by plaintiffs, and arbitration of that dispute conducted before the Financial Industry Regulatory Authority ("FINRA"). Plaintiffs appeal a series of decisions by the District Court (a) dismissing plaintiff Banus's request to have the arbitration award set aside and (b) dismissing plaintiffs' various claims for relief for failure to state a claim upon which relief can be granted. We assume the parties' familiarity with the facts and procedural history of this case and we review *de novo* a district court's grant of judgment under Federal Rule of Civil Procedure 12(b)(6). *See Strougo v. Bassini*, 282 F.3d 162, 167 (2d Cir. 2002).

In its careful Memorandum Opinion of April 23, 2010, the District Court explained that the question of whether FINRA Rule 13204 barred the arbitration panel from hearing claims against Banus was a procedural question which, under the arbitration agreement signed by the parties, was properly decided by arbitrators and dismissed plaintiffs' remaining claims for relief on the alternative grounds that (1) plaintiffs were bound by a valid arbitration agreement and (2) plaintiffs failed to state a claim. *See Banus v. Citigroup Global Mkts., Inc.*, No. 09 Civ. 7128 (LAK), 2010 WL 1643780 (S.D.N.Y. Apr. 23, 2010). For substantially the reasons offered by the District Court, we affirm the judgment as to all claims.

## CONCLUSION

We have reviewed the record and, for the reasons stated above, the judgment of the District Court is **AFFIRMED**.

FOR THE COURT,

Catherine O'Hagan Wolfe, Clerk of Court

2